IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKILONI MOLI, | : | No. 1:25-CV-2353 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| JEFFREY GREENE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Petitioner Mikiloni Moli's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 4-9-26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court